# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
August 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____kf____
DEPUTY

United States of America
v.

THOMAS AUSTRIA CROUSE

*Defendant(s)*

Case No. **1:25-MJ-839**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 25, 2025 in the county of Travis in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 875(c) | Title 18, U.S.C. § 875(c) states "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both." |

This criminal complaint is based on these facts:

On August 25, 2025 around 4:20pm Eastern Time, CROUSE called the victim's phone ▉▉▉▉ and stated he was going to cut off the victim's head and then kill his family. CROUSE repeatedly called the victim after federal agents interviewed him.

☒ Continued on the attached sheet.

*Complainant's signature*

Robert James Burton, Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: August 27, 2025

City and state: Austin, Texas

*Judge's signature*

Hon. Mark Lane, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.

THOMAS AUSTRIA CROUSE

Case No. __1:25-MJ-839__

### AFFIDAVIT IN SUPPORT OF
### CRIMINAL COMPLAINT AND ARREST WARRANT

I, Robert James Burton, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint and arrest warrant for THOMAS AUSTRIA CROUSE for violation of committed violations of Title 18 United States Code (U.S.C.) § 875(c), Interstate Communications.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since March 17, 2019. I previously served approximately three years as a police officer at the Salt Lake City Airport, located in Salt Lake City, Utah. With the FBI, I was assigned to the San Antonio Division, Austin Resident Agency, working with the Central Texas Joint Terrorism Task Force (CTXJTTF) from August 20, 2019, until August 11, 2024. After participating in all aspects of counter-terrorism investigations, including but not limited to communications analysis, surveillance, subject and witness interviews, and operation of confidential informants, I was then assigned to the FBI San Antonio (FBI SA) Threat Response Group. I became familiar with then specialized in recognizing and triaging threatening communications. I routinely issued emergency disclosure requests to identify and locate subjects

who posted school shooting threats, social media messages implying violence, and other concerning communications. I coordinated often with local and state law enforcement resulting in interviews and arrests often based on state charges of terroristic threats.

3. This affidavit is being submitted for the limited purpose of obtaining a criminal complaint against the Defendant, THOMAS AUSTRIA CROUSE for violations of Title 18 U.S.C. § 875(c), Interstate Communications.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the Complaint and does not set forth all my knowledge about this matter.

## STATUTORY AUTHORITY

5. Title 18, U.S.C. § 875(c) states "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## PROBABLE CAUSE

6. On August 25, 2025, around 20:19:28 UTC (around 04:20pm Eastern Time), Victim 1 (V1) received a call at V1's number ▇▇▇▇▇▇▇▇) from a blocked number. V1 did not answer the call, resulting in the caller leaving a voicemail.

7. The caller's voicemail stated, "Hey, if this is fucking [stated V1's name] whatever man, the piece of fucking shit that's [references V1's role on the President of the United States' staff]. If this is you, I'm going to find you, and I'm going to cut your fucking head off, bitch. I'm going to kill you, and then I'm going to kill your fucking family, bitch. Fuck you."

8. V1 was in Washington, D.C., and working for the President of the United States when V1 received and listened to the voicemail.

9. V1 reported the voicemail to the FBI. The FBI assessed it was a true threat based on the specific, violent nature of the verbiage and the specific references to V1's professional role.

10. FBI personnel in the Washington Field Office sent an emergency disclosure request (EDR) to T-Mobile which revealed calls made to ▮▮▮▮▮▮▮ during the window of time when the threat was made. The analysis of the records provided by T-Mobile showed that the caller who made the threat at 20:19:28 used telephone number ▮▮▮▮▮▮▮. An additional EDR to T-Mobile sent on August 25, 2025, around 11:30pm Eastern Time, revealed the telephone location was the Austin, Texas area. On August 26, 2025, an updated EDR confirmed the phone was in the Austin, Texas area as of 6:20am Central Time.

11. T-Mobile provided information showing Jennifer Arquiza as the subscriber. However, FBI SA personnel conducted further investigation on August 26, 2025, and identified THOMAS AUSTRIA CROUSE as the user of the identified telephone via results from LexisNexis Accurint, Thomson Reuters CLEAR, and Toolbox Online. CROUSE was associated with the address of 10501 Adana Way, Austin, Texas. FBI agents interviewed CROUSE.

12. FBI agents interviewed CROUSE on August 26, 2025. CROUSE stated his phone number was ▮▮▮▮▮▮▮, his date of birth was September 09, 1993, and he was working in the tech and vaping industry. CROUSE added a federal agent spoke with him approximately one month prior to this encounter regarding a threat to kill a federal appointee since he has made similar threats to others and Texas politicians. CROUSE showed FBI agents his phone log, allowed them to take a photo, and added that it is uncertain what he does late at night while

smoking weed. FBI agents played the voicemail containing the threat made on August 25, 2025, at 20:19:28 UTC, to which CROUSE responded that it was his voice. CROUSE had dialed *67 before the V1 phone number as this was a method to mask or conceal the caller ID.



13.     CROUSE explained he had no intent on carrying out the violence in the threat. FBI agents urged CROUSE to cease making direct threats to which CROUSE agreed.

14.     On the same day, August 26, 2025, around 3:00pm Eastern time, V1 received a serious of five voicemails believed to be from CROUSE as it resembled his voice and mentioned recent events. The statements contained the following phrases. The first voicemail states: "Dude, telling the fucking FBI, you's a bitch. Let me catch you in public; I'll knock you the fuck out, bitch." The second voicemail states: "What's it like being such a little fucking pussy bitch? If I

saw your ass in public, I'd knock you the fuck out, bro." The third voicemail states: "You want to do something good for this world? Kill yourself, man. You want to… hide behind people like the FBI? Put a gun in your mouth. I promise you, nobody loves you. Nobody gives a shit about you. Improve the lives of every American by fucking killing yourself." The fourth voicemail states: "Yeah, I'll call you every fucking day, multiple times a day, tell you to kill yourself. That fucking FBI shit, nothing's going to happen. Kill yourself. There's nothing they can do… Okay, I can't make direct threats against you. Kill yourself." The fifth voicemail states: "I'll leave a million messages. I don't give a fuck. I won't make no threats; I'll just tell you you're a worthless piece of shit and you should put a fucking gun in your mouth… Kill yourself. It'll be the only good you've ever done for the world."

15. On August 25 and 26, 2025, these communications were reviewed by V1, located in Washington, DC, and therefore it traveled in interstate commerce. Additionally, the voicemails contained a threat to injure the person of another and that person's family, and CROUSE intended his communication to be a threat or had knowledge that the communication would be viewed as a threat.

## CONCLUSION

16. Based on my knowledge, training and experience, and the facts described herein, there is probable cause to believe that THOMAS AUSTRIA CROUSE has committed a violation of Title 18 U.S.C. § 875(c).

## REQUEST FOR SEALING

17. I further request that the Court order that all papers in support of this complaint application, including the affidavit and arrest warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation. Accordingly, there is good

cause to seal these documents because their premature disclosure may give target an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Robert James Burton
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to telephonically before me on   August 27   , 2025.

_____
HONORABLE MARK LANE
United States Magistrate Judge