FILED
September 02, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____scc_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v<br><br>THOMAS AUSTRIA CROUSE<br>Defendant | 1:25-cr-00393-RP<br><br>**INDICTMENT**<br><br>[Counts One and Two: 18 U.S.C. § 875(c) –<br>Interstate Threatening Communication] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
Interstate Threatening Communication
[18 U.S.C. § 875(c)]

On or about August 25, 2025, in the Western District of Texas, Defendant,

**THOMAS AUSTRIA CROUSE,**

did knowingly transmit in interstate commerce from the Western District of Texas to the District of the District of Columbia, a communication containing a threat to injure, that is "Hey, if this is fucking [stated Victim 1's name (V!)] whatever man, the piece of fucking shit that's [references V1's role on the President of the United States' staff]. If this is you, I'm going to find you, and I'm going to cut your fucking head off, bitch. I'm going to kill you, and then I'm going to kill your fucking family, bitch." for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his/her communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
### Interstate Threatening Communication
### [18 U.S.C. § 875(c)]

On or about August 26, 2025, in the Western District of Texas, Defendant,

**THOMAS AUSTRIA CROUSE,**

did knowingly transmit in interstate commerce from the Western District of Texas to the District of the District of Columbia, a communication containing a threat to injure, that is "Dude, telling the fucking FBI, you's a bitch. Let me catch you in public; I'll knock you the fuck out, bitch." for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his/her communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: MARK T. ROOMBERG
ASSISTANT UNITED STATES ATTORNEY