IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | 1:25-CR-393-RP-1 |
| THOMAS AUSTRIA CROUSE, | § § | |
| Defendant. | § § | |

**<u>ORDER</u>**

Before the Court is the Government's Notice of Appeal and Motion to Stay Magistrate Judge's Order Setting Conditions of Release. (Dkt. 22). At Thomas Austria Crouse's detention hearing, United States Magistrate Judge Susan Hightower ruled that Crouse should be released on conditions that were set forth at the hearing. (Dkts. 14, 18). The Government appeals that ruling and moves to stay the order pending appeal. (Dkt. 22).

In its appeal, the Government argues that Crouse should be detained because "there are no conditions or combination of conditions that will reasonably assure the appearance of the defendant and the safety of the community." (Dkt. 22, at 3). The Government asks this Court to conduct a de novo review of the Magistrate Judge's decision to release Crouse on conditions.

This Court has conducted a de novo review of the Magistrate Judge's analysis and ruling by listening to the recording of the detention hearing. For the same reasons cited by the Magistrate Judge on the record during the hearing, this Court concurs with the decision to release Crouse on conditions.

For these reasons, **IT IS ORDERED** that the Motion to Stay, (Dkt. 22), is **DENIED**. **IT IS FURTHER ORDERED** that the Government's appeal, (Dkt. 22), is **DENIED**. The order releasing Crouse on conditions is **AFFIRMED**.

**IT IS FINALLY ORDERED** that Crouse shall be released from custody on this date.

**SIGNED** on September 8, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE