# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | 1:25-cr-00393-RP |
| | § | |
| **THOMAS AUSTRIA CROUSE** | § | |
| *Defendant* | § | |

## Order Granting Opposed Motion to Temporarily Amend Conditions of Release to Permit Holiday Travel

On this date there came before the Court Defendant's Opposed Motion to Amend Conditions of Release to Permit Holiday Travel, filed November 17, 2025. Dkt. 35. On that date, the District Court referred the motion to this Magistrate Judge for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 36.

Defendant is charged in a seven-count superseding indictment with five counts of interstate threatening communications in violation of 18 U.S.C. § 875(c) and two counts of cyber stalking in violation of 18 U.S.C. § 2261A(2). Dkt. 28. Docket call is set for February 13, 2026, and trial for February 23, 2026. Dkt. 34.

Defendant was released on conditions, including home detention and GPS location monitoring, affirmed by the District Court on September 8, 2025. Dkts. 18, 25. He has remained in full compliance with those conditions.

He now asks the Court to amend his conditions of release to permit him to travel with his wife to his parents' home in Horseshoe Bay, Texas, within the Western District of Texas, on November 26, 2025 and return to his home in Austin on November 29, 2025. Defendant's father

1

and wife both testified before the Court at Defendant's detention hearing and offered to serve as his custodians, although no custodian was appointed. The motion to travel is opposed by the Government, which "still maintains that the Defendant is a risk of danger to the community" and opposes any modification of the Defendant's conditions of release. Dkt. 37 at 3.

After carefully considering Defendant's Opposed Motion to Amend Conditions of Release to Permit Holiday Travel (Dkt. 35), the Court hereby **GRANTS** the motion.

The conditions of release for Defendant Thomas Austria Crouse are hereby amended to permit him to travel to, and comply with his conditions of home detention at, his parents' home, 104 Amethyst, Horseshoe Bay, Texas 78657, from November 26, 2025 to November 29, 2025, when Defendant must return to his home in Austin.

All other conditions of release remain in effect.

**SIGNED** November 19, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE