# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **1:25-cr-00393-RP** |
| | § | |
| **THOMAS AUSTRIA CROUSE** | § | |
| *Defendant* | § | |

## <u>Order Granting Opposed Motion to Modify Conditions of Release</u>

Now before the Court are Defendant's Opposed Motion to Modify Conditions of Release, filed January 9, 2026 (Dkt. 45), and the Government's Response, filed January 15, 2026 (Dkt. 48). The District Court referred the motion to this Magistrate Judge for resolution pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 46. The Court held a hearing on the motion on January 27, 2026, at which both parties appeared.

Defendant is charged in a seven-count superseding indictment with five counts of interstate threatening communications in violation of 18 U.S.C. § 875(c) and two counts of cyber stalking in violation of 18 U.S.C. § 2261A(2). Dkt. 28. Docket call is set for February 13, 2026, and trial for February 23, 2026. Dkt. 34.

Defendant was released on conditions, including home detention and GPS location monitoring, affirmed by the District Court on September 8, 2025. Dkts. 18, 25. He has remained in full compliance with those conditions, including during two Court-approved trips to spend the Thanksgiving and Christmas holidays with his parents in Horseshoe Bay, Texas, within the Western District of Texas.

Defendant now asks to amend his conditions of release to remove the home detention condition and place him on curfew instead. The Government opposes the motion and "still maintains that there is no condition, nor combination of conditions, that will ensure the safety of the community." Dkt. 48 at 5.

After carefully considering Defendant's Opposed Motion to Amend Conditions of Release (Dkt. 45), the Court hereby **GRANTS** the motion.

Condition of release 7(p) for Defendant Thomas Austria Crouse is hereby **AMENDED** to replace home detention (7(p)(ii)) with a curfew (7(p)(i)). The Court **ORDERS** that Defendant is restricted to his residence every day from 9 p.m. to 6 a.m.

All other conditions of release remain in effect.

**SIGNED** January 27, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE