FILED
February 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VAR_____
　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff<br><br>v<br><br>**THOMAS AUSTRIA CROUSE**<br>Defendant | **CRIMINAL NO.: 1:25-CR-00393-RP**<br><br>**SECOND SUPERSEDING INDICTMENT**<br><br>[COUNTS ONE - FIVE: 18 U.S.C. § 875(c) -<br>Interstate Communications;<br>COUNT SIX - SEVEN: 18 U.S.C. §2261A(2)<br>- Cyber Stalking] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Communications**
**[18 U.S.C. § 875(c)]**

On or about August 25, 2025, in the Western District of Texas, Defendant,

**THOMAS AUSTRIA CROUSE,**

did knowingly transmit in interstate commerce from the Western District of Texas to the District of the District of Columbia, a communication containing a threat to injure, that is "Hey, if this is fucking [stated Victim 1's name (V1)] whatever man, the piece of fucking shit that's [references V1's role on the President of the United States' staff]. If this is you, I'm going to find you, and I'm going to cut your fucking head off, bitch. I'm going to kill you, and then I'm going to kill your fucking family, bitch." for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat and recklessly disregarding a substantial risk that his/her communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
### Interstate Communications
### [18 U.S.C. § 875(c)]

On or about August 26, 2025, in the Western District of Texas, Defendant,

**THOMAS AUSTRIA CROUSE,**

did knowingly transmit in interstate commerce from the Western District of Texas to the District of the District of Columbia, a communication containing a threat to injure V1, that is "Dude, telling the fucking FBI, you's a bitch.,,,Let me catch you in public; I'll knock you the fuck out, bitch." for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat and recklessly disregarding a substantial risk that his/her communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### Interstate Communications
### [18 U.S.C. § 875(c)]

On or about June 9, 2025, in the Western District of Texas, Defendant,

**THOMAS AUSTRIA CROUSE,**

did knowingly transmit in interstate commerce from the Western District of Texas to the District of the District of Columbia, a communication containing a threat to injure Public Official Victim 2 (V2), that is " [stated V2's name] imma kill you…you're gonna fucking die by my hand **I'm gonna murder** you and your whole fucking family." for the purpose of issuing a threat, with

knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his/her communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

**COUNT FOUR**
**Interstate Communications**
**[18 U.S.C. § 875(c)]**

On or about July 3, 2025, in the Western District of Texas, Defendant,

**THOMAS AUSTRIA CROUSE,**

did knowingly transmit in interstate commerce from the Western District of Texas to the District of the District of Columbia, a communication containing a threat to injure Public Official Victim 3 (V3), that is "Put a fucking gun in your mouth and kill yourself, you stupid bitch, or I'll fucking find you and I'll fucking kill you myself." for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat and recklessly disregarding a substantial risk that his/her communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
### Interstate Communications
### [18 U.S.C. § 875(c)]

On or about July 3, 2025, in the Western District of Texas, Defendant,

### THOMAS AUSTRIA CROUSE,

did knowingly transmit in interstate commerce from the Western District of Texas to the District of the District of Columbia, a communication containing a threat to injure Public Official Victim 4 (V4), that is "You need to fucking die. If you don't kill yourself, I'll find you and I'll fucking kill you stupid bitch." for the purpose of issuing a threat, with knowledge that the communication will be viewed as a threat, and recklessly disregarding a substantial risk that his/her communication would be understood as a threat.

In violation of Title 18, United States Code, Section 875(c).

## COUNT SIX
### Cyber Stalking
### [18 U.S.C. § 2261A(2)]

On or about August 21, 2025, in the Western District of Texas, Defendant,

### THOMAS AUSTRIA CROUSE,

with the intent to harass and intimidate used an electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person, that is making multiple harassing telephone calls to the office of Public Official Victim 5 urging V5 and V5's staff to kill themselves.

In violation of Title 18, United States Code, Section 2261A(2).

## COUNT SEVEN
## Cyber Stalking
## [18 U.S.C. § 2261A(2)]

On or about August 26, 2025, in the Western District of Texas, Defendant,

**THOMAS AUSTRIA CROUSE,**

with the intent to harass and intimidate used an electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person, that is making multiple harassing telephone calls to the office of Public Official Victim 1 to kill themselves.

In violation of Title 18, United States Code, Section 2261A(2).

A TRUE BILL

████████████

FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
FOR: MARK T. ROOMBERG
ASSISTANT UNITED STATES ATTORNEY