**FILED**
February 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_Christian Rodriguez\_\_
                DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 1:25-CR-393-RP |
| § | |
| THOMAS AUSTRIA CROUSE, § | |
| § | |
| Defendant. § | |

## ORDER

The Court held a Final Pretrial Conference on February 17, 2026, and heard arguments on the government's Omnibus Motion in Limine ("MIL"), (Dkt. 66), Defendant Thomas Austria Crouse's ("Defendant") MIL, (Dkt. 72), and the government's Supplemental MIL, (Dkt. 74).

At the conference, the Court denied Defendant's MIL I (seeking to exclude audio recordings) and MIL II (seeking to exclude the term "threat") but noted that the jury can be instructed that the ultimate determination of whether a statement was a threat is within the province of the jury. The Court also granted the government's MILs from its Omnibus MIL, (Dkt. 66), with the exception of MIL (e) (statements relating to emotional, financial, or health status) and MIL (f) (testimony only through Defendant), which the Court denied. The Court took under advisement the government's Supplemental MIL, (Dkt. 74), which seeks to exclude violent statements by individuals other than Defendant.

The Court will deny the government's Supplemental MIL, (Dkt. 74). The Court recognizes both the government's argument that an MIL could play a screening role for irrelevant or prejudicial statements by others and the government's concern that the jury cannot un-hear statements that may have a prejudicial effect. However, the Court notes that evidence at issue here—violent statements by persons other than Defendant—does not involve the disclosure of secret information

1

that could be revealed to the jury only through testimony, which might create an especially high concern that such information could be raised and, even if retracted, continue to influence the jury. Instead, concerns about the admissibility and relevance of generally public statements by other individuals can be routinely addressed with instructions to the jury.

Accordingly, **IT IS ORDERED** that the government's Supplemental MIL, (Dkt. 74), is **DENIED**.

**IT IS FURTHER ORDERED** that the remainder of the Motions in Limine, (Dkts. 66, 72), were resolved on the record at the Final Pretrial Conference held on February 17, 2026.

**SIGNED** on February 17, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE