UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS ASTRIA CROUSE,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§   CRIMINAL NO. 1:25-CR-393-RP<br>§<br>§<br>§<br>§<br>§ |

## AGREED STATEMENT OF THE CASE

The parties in this matter have conferred and agree on the following statement of this case:

The United States has charged Mr. Crouse in an indictment with five counts of Interstate Threatening Communications, in violation of 18 U.S.C. § 875(c), regarding his statements toward two elected officials and two government officials, and with one count of Cyber Stalking, in violation of 18 U.S.C. § 2261A(2), regarding his statements toward one government official.

Mr. Crouse denies these allegations and has pled not guilty.

*Respectfully submitted*,

JUSTIN R. SIMMONS
United States Attorney

By:    _____/s/_____
KEITH M. HENNEKE
MARK ROOMBERG
Assistant United States Attorneys

THOMAS AUSTRIA CROUSE

By:    _____/s/_____
CHARLY HERRING
JOSE GONZALEZ-FALLA
Attorneys for the Defendant

1

## Certificate of Service

On February 20, 2026, I caused a true copy of the foregoing Agreed Statement of the Case to be filed via the CM/ECF system.


By: _____/s/_____
    KEITH M. HENNEKE
    Assistant United States Attorney